# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Andres Gomez,<br><br>Plaintiff(s)<br><br>v.<br><br>Tin Barn Vineyards, LLC, a California,<br><br>Defendant(s) | Case No. C 3:22-cv-00844-SI<br><br>NOTICE OF SETTLEMENT OF ADA ACCESS CASE<br><br>(ADA ACCESS CASES) |

The parties have reached an agreement to resolve this action in its entirety and intend to file a dismissal within __60__ days.

Date: 4/12/2022

Signed: /s/ Amanda Seabock
Attorney for Plaintiff(s)

Signed: /s/ Joshua S. Devore
Attorney for Defendant(s)

Signed: _____
Attorney for Defendant(s)

*Important! E-file this form in ECF using event name: "Notice of Settlement of ADA Access Case"*

*Form GO 56- Notice of Settlement of ADA Access Case – new 01-2020*